In the Matter of the Claim of ESTHER COHEN, Appellant, v NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 22, 2005; decided November 21, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

CHESTER DAVIDSON, Appellant, v STATE OF NEW YORK, Respondent.

Submitted October 11, 2005; decided November 21, 2005

Motion, insofar as it seeks leave to appeal from the Appellate Division order that dismissed the appeal to that Court, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reconsideration, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON AA., Defendant. MICHAEL AA., Nonparty Appellant.

Submitted November 7, 2005; decided November 21, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Court of Appeals does not have jurisdiction to entertain the appeal.